IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH A. BROWN,** | : | Civil No. 1:14-cv-1133 |
| **Plaintiff,** | : | |
| v. | : | |
| | : | **Magistrate Judge Saporito** |
| **MATT EDINGER, et al.,** | : | |
| | : | **Judge Sylvia H. Rambo** |
| **Defendants.** | : | |

## **O R D E R**

AND NOW, this 27th day of December, 2017, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation of the magistrate judge is **ADOPTED**;

2) Judgement as a matter of law is **GRANTED** in favor of Defendant Matt Edinger for Plaintiff's failure to exhaust all available administrative remedies;

3) The Clerk of Court is directed to close this file.

4) Any appeal taken from this order is deemed frivolous and not taken in good faith.

                                                              s/Sylvia H. Rambo
                                                              SYLVIA H. RAMBO
                                                              United States District Judge